AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| GSCP VI Edgemarc Holdings, L.L.C., et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:19-cv-5264 |
| ETC Northeast Pipeline, LLC ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ETC Northeast Pipeline, LLC                                                                                      .

Date:   06/04/2019

/s/ Beth E. Levine
*Attorney's signature*

Beth E. Levine #BL6715
*Printed name and bar number*

Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 34th Floor
New York, New York 10017
*Address*

blevine@pszjlaw.com
*E-mail address*

(212) 561-7700
*Telephone number*

(212) 561-7777
*FAX number*